KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:12/08/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
DONNA BRUMFIELD

CASE NO: BKS-09-29892-BAM

CHAPTER 13

Hearing Date:   January 14, 2010
Hearing Time:   1:30 pm

BARRY LEVINSON
Attorney for the Debtor

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF Plan #1
### COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 10/21/2009. The 341(a) Meeting of Creditors held on December 08, 2009 at 3:00 pm was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to commence Plan payments  [11USC § 1326 (a) (1)]

- Debtor(s) are delinquent in Plan payments

- Plan is not feasible [11USC § 1322]  due to claim(s) filed by:  Mortgage arrears are not provided for in Plan

- Other:  Need Motion to Value Collateral
    - Bank Statements for the following periods: Nevada Federal CU #1495: 10/1/09 through 10/20/09.
    - Verification of Need Affidavit from Cousin regarding $500 monthly contribution to household.
    - Amendment to Voluntary Petition:  Need to include the previous bankruptcy.
    - Amendment to Plan:  Need to correct tax years.
    - Amendment to Schedule B. Personal Property:  Need to indicate the Suburban as a surrender.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 12/08/2009

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee