Boris Avramski, Esq.
Nevada Bar No. 11350
AVRAMSKI LAW, PC
4640 W. Charleston Blvd.
Las Vegas, NV 89102
Phone: (702) 685-3618
Fax: (702) 664-0555
E-mail: bkhelpvegas@yahoo.com
Attorney for Robb Lamb

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re: ) CASE NO.: 09-29892-BAM
)
) CHAPTER 13
DONNA BRUMFIELD )
)
Debtor(s). ) **REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF US. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Court and Bankruptcy Rules, Secured Creditor, ROBB LAMB, request that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order, and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

  Boris Avramski, Esq.
  AVRAMSKI LAW, PC
  4640 W. Charleston Blvd.
  Las Vegas, NV 89102
  Phone: (702) 685-3618

Dated:   February 24, 2010           By:   /s/ Boris Avramski, Esq.
                                           Boris Avramski, Esq.
                                           Attorney for Secured Creditor

1

## CERTIFICATE PF MAILING

1. The undersigned hereby certifies that on February 24, 2010, a copy of the **REQUEST FOR SPECIAL NOTICE** was mailed to all interested in this proceedings by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, Addressed as follows:

ATTORNEY FOR DEBTOR:
Barry Levinson
2810 S. Rainbow Blvd.
Las Vegas, NV 89146

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 S. Las Vegas Blvd., So. #200
Las Vegas, NV 89101

ATTORNEY FOR US BANK NATIONAL ASSOCIATION
Gregory L. Wilde
208 S. Jones Blvd.
Las Vegas, NV 89107

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Boris Avramski, Esq.
Boris Avramski, Esq.
Attorney for Secured Creditor

2